FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 OCT 15 PM 1:30

CLERK SP
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: CASE ASSIGNMENTS | ) ) ) | Misc. No. MC418-0017 |

ORDER

The civil cases listed by caption and case number upon Exhibit "A" appended hereto, were previously assigned to the Honorable William T. Moore, Jr.

IT IS HEREBY ORDERED, with the concurrence of the affected Judges, that the cases listed by caption and number upon Exhibit "A" appended hereto, previously assigned to the Honorable William T. Moore, Jr., are hereby reassigned for plenary disposition to the Honorable R. Stan Baker. The Clerk is directed to docket and place this order in each reassigned case.

ORDERED ENTERED this 15th day of October, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA