IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MAGGIE TSAVARIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV418-125 |
| | ) | |
| SAVANNAH LAW SCHOOL, LLC, a Georgia Limited Liability Company; JOHN MARSHALL LAW SCHOOL, LLC, a Delaware Limited Liability Company; JOHN MARSHALL LAW SCHOOL, a Georgia Corporation; JMLS 1422, LLC, a Delaware Limited Liability Company; MICHAEL C. MARKOVITZ, Individually; and MALCOLM MORRIS, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court is in receipt of Defendants' Motion to File Exhibit Under Seal, in which they request to file Exhibit No. 2 to their Response to Plaintiff's Motion to Quash under seal pursuant to S.D. Ga. L.R. 79.7 and the consent protective order entered in this case. *See* Doc. No. 25. Upon review of Defendants' Motion, it is ***GRANTED***.

This  3rd  day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA