# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MAGGIE TSAVARIS, )
                       )
    Plaintiff, )
                       )
v. ) CV418-125
                       )
SAVANNAH LAW SCHOOL, LLC, )
*et al.*, )
                       )
    Defendants. )

## ORDER

Defendants move to file the following documents under seal pursuant to S.D. Ga. L.R. 79.4 and the consent protective order entered in this case, *see* doc. 25:

- Exhibits to Defendants Savannah Law School, LLC and John Marshall Law School, LLC (DE)'s Motion for Summary Judgment and Brief in Support;
- Exhibits to Defendants Michael Markovitz and Malcolm Morris's Motion for Summary Judgment and Brief in Support;
- Exhibits to Defendants JMLS 1422, LLC and John Marshall Law School's Motion for Summary Judgment and Brief in Support; and
- Redacted Portions within the bodies of the three above-listed motions and the accompanying S.D. Ga. L.R. 56.1 Statements of Material Fact.

Doc. 52. Defendants' motion to file those documents under seal, which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 ("Failure to respond

within the applicable time period shall indicate that there is no opposition to a motion.").

**SO ORDERED,** this 29th day of August, 2019.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA