IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MAGGIE TSAVARIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV418-125 |
| | ) | |
| SAVANNAH LAW SCHOOL, LLC, a | ) | |
| Georgia Limited Liability Company; | ) | |
| JOHN MARSHALL LAW SCHOOL, | ) | |
| LLC, a Delaware Limited Liability | ) | |
| Company; JOHN MARSHALL LAW | ) | |
| SCHOOL, a Georgia Corporation; | ) | |
| JMLS 1422, LLC, a Delaware Limited | ) | |
| Liability Company; MICHAEL C. | ) | |
| MARKOVITZ, Individually; and | ) | |
| MALCOLM MORRIS, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court is in receipt of Plaintiff's Motion to File Under Seal in which she requests to file portions of the following documents under seal pursuant to S.D. Ga. L.R. 79.7 and the consent protective order entered in this case. *See* doc. 25.

- Plaintiff's Response in Opposition to Defendants Savannah Law School ("SLS") and John Marshall Law School ("JMLS") Motion for Summary Judgment;

- Plaintiff's Statement of Additional Material Facts Presenting Genuine Issues for Trial in support of her Response in Opposition to the Motion for Summary Judgment filed by Defendants Savannah Law School ("SLS") and John Marshall Law School ("JMLS"); and

- Exhibits to Plaintiff's Statement of Additional Material Facts Presenting Genuine Issues for Trial in support of her Response in Opposition to the Motion for Summary

Judgment filed by Defendants Savannah Law School ("SLS") and John Marshall Law School ("JMLS"), (collectively "Defendants").

Plaintiff has filed redacted versions of the above pleadings and seeks to file unredacted versions under seal. *See* doc. 64 at 2; *see also* docs. 61, 62, 63 (redacted responses and exhibits). Plaintiff's request to file the unredacted versions of those pleadings under seal is **GRANTED**. Doc. 64. Counsel is **DIRECTED** to provide the Clerk of Court with unredacted copies of the pleadings. Upon receipt of those unredacted versions, the Clerk is **DIRECTED** to file them as sealed exhibits to the redacted versions already on the docket.

This 17th day of September, 2019.

_Christopher L. Ray_
UNITED STATES MAGISTRATE
JUDGE, SOUTHERN DISTRICT OF
GEORGIA