IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MAGGIE TSAVARIS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV418-125 |
| SAVANNAH LAW SCHOOL, LLC, a Georgia Limited Liability Company; JOHN MARSHALL LAW SCHOOL, LLC, a Delaware Limited Liability Company; JOHN MARSHALL LAW SCHOOL, a Georgia Corporation; JMLS 1422, LLC, a Delaware Limited Liability Company; MICHAEL C. MARKOVITZ, Individually; and MALCOLM MORRIS, Individually, | ) |
| Defendants. | ) |

**ORDER**

The Court is in receipt of Defendants' Motion to File Under Seal, in which they request to file the following documents under seal pursuant to S.D. Ga. L.R. 79.4 and the consent protective order entered in this case. *See* Doc. No. 25.

- Exhibits to Defendants' Reply in Support of Motion for Summary Judgment; and
- Redacted portions within the bodies of the above-listed motion.

Upon review of Defendants' Motion, it is ***GRANTED***.

This 3rd this day of October, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

*Tsavaris v. Savannah Law School, LLC et al.*, 4:18-cv-125, S.D. Ga., Defendants' Motion to File Under Seal

1