# United States District Court
## Southern District of Georgia

MAGGIE TSAVARIS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-125

SAVANNAH LAW SCHOOL, LLC, a Georgia Limited Liability Company; JOHN MARSHALL LAW SCHOOL, LLC, a Delaware Limited Liability Company; JOHN MARSHALL LAW SCHOOL, a Georgia Corporation; JMLS 1422, LLC, a Delaware Limited Liability Company; MICHAEL C. MARKOVITZ; and MALCOLM MORRIS, Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated March 11, 2020, granting the Motions for Summary Judgment by Defendants SLS, JMLS, LLC,; John Marshall Law School (Georgia), and JMLS 1422, judgment is hereby entered in favor of Defendants Savannah Law School, LLC, John Marshall Law School, LLC, John Marshall Law School, a Georgia Corporation, and JMLS 1422, LLC, and against Plaintiff on Plaintiff's federal claims. Plaintiff's state claims against Defendants are dismissed without prejudice. This case stands closed.

Approved by: _____

| March 17, 2020 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |